UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMOT THONGVILAY, A025057918,<br>Petitioner,<br>v.<br>FIELD OFFICE DIRECTOR, et al.,<br>Respondent(s). | Case No. 23-cv-05724-SK  (PR)<br><br>**ORDER OF TRANSFER** |

**I.**

Petitioner Pamot Thongvilay, a citizen of Laos, filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his prolonged detention by the United States Immigration and Customs Enforcement (ICE) at the Mesa Verde Detention Center (MVDC) in Bakersfield, California.

**II.**

The federal habeas statute expressly limits the power of district courts to grant habeas writs to "within their respective jurisdictions." 28 U.S.C. § 2241(a).  "The plain language of the habeas statute thus confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." Rumsfeld v. Padilla, 542 U.S. 426, 442 (2004).  This district-of-confinement rule is a "bright-line rule" that does not contain any exceptions other than the express statutory carveouts in 28 U.S.C §§ 2241(d) and 2255. Id. at 443, 449-50.  Neither § 2241(d) nor § 2255 apply here, and the Ninth Circuit has made clear that the bright-line district-of-confinement rule applies to habeas challenges to immigration detention such as this case. See Lopez- Marroquin v. Barr, 955 F.3d 759, 760 (9th Cir. 2020) (holding in context of challenge to immigration detention that "[t]he plain language of the habeas statute confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement").

1    Petitioner is detained at the MVDC in Bakersfield, California in the County of Kern, which
2 lies within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b).  Under the
3 rationale of Lopez-Marroquin, jurisdiction/venue for this habeas challenge to Petitioner's
4 immigration detention lies only in the Eastern District of California.  See 955 F.3d at 760.

**III.**

For the foregoing reasons, the petition for a writ of habeas corpus under 28 U.S.C. § 2241 is TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: November 9, 2023



SALLIE KIM
United States Magistrate Judge